IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENZEL BRAUD**
**ADC #171331**  PLAINTIFF

v.  Case No. 4:21-cv-00530-KGB-ERE

**SONDRA PARKER,** *et al.*  DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin regarding remaining defendant Sondra Parker's motion for summary judgment (Dkt. No. 34). Plaintiff Denzel Braud filed objections to the Recommended Disposition (Dkt. No. 35). After careful consideration of the Recommended Disposition and Mr. Braud's objections, as well as a *de novo* review of the record, the Court adopts the Recommended Disposition as the Court's findings of fact and conclusions of law in all respects (Dkt. No. 34).

Judge Ervin recommends that Ms. Parker's motion for summary judgment be granted based on Mr. Braud's failure to exhaust fully his administrative remedies (Dkt. No. 34). In his objections, Mr. Braud concedes that the Prion Litigation Reform Act ("PLRA") requires him to exhaust fully the Arkansas Division of Correction administrative grievance process before filing a civil lawsuit under 42 U.S.C. § 1983 (Dkt. No. 35, at 1). Mr. Braud admits that that he did not name or otherwise identify Ms. Parker in the one fully exhausted medical grievance related to the claims raised in this lawsuit, VSM-20-2229, but maintains that he "gave as much information about the situation as [he] could recall" (*Id.*, at 3). Having reviewed the record *de novo*, along with Judge Ervin's Recommended Disposition and Mr. Braud's objections, and having considered the controlling law with respect to the PLRA, the Court overrules Mr. Braud's objections.

The Court adopts the Recommended Disposition (Dkt. No. 34). Accordingly, the Court grants Ms. Parker's motion for summary judgment (Dkt. No. 28). Mr. Braud's claims against Ms. Parker are dismissed without prejudice based on Mr. Braud's failure to exhaust fully his administrative remedies prior to filing suit. Judgment will be entered accordingly. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.

It is so ordered this 30th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge