# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DENZEL BRAUD**
**ADC #171331**                                                                                          **PLAINTIFF**

v.                          Case No. 4:21-cv-00530-KGB-ERE

**SONDRA PARKER**, *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed. The relief requested is denied.

It is so ordered this 30th day of August, 2022.

_____
Kristine G. Baker
United States District Judge